IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILBERSON SEVERE DALICIER, | : | Civil No. 1:25-CV-01006 |
| Plaintiff, | : | |
| v. | : | |
| CHICAGO MOTOR CARS, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge Phillip J. Caraballo recommending that the court dismiss Plaintiff's complaint with prejudice because it violates the injunction previously issued by this court. (Doc. 5.) Judge Caraballo further recommends that the pending motion for leave to proceed in forma pauperis be denied as moot. (*Id.*) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Caraballo's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 5, is **ADOPTED**.

2) Plaintiff's complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3) Plaintiff's motion for leave to proceed in forma pauperis, Doc. 2, is **DENIED AS MOOT**.

4) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania

Dated: December 16, 2025